United States District Court
Southern District of Texas
**ENTERED**
December 15, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> - vs - <br><br> HIPGOV, L.L.C., *et al.*, <br><br> Defendants. | CASE NO.: 7:23-cv-00381 |

## ORDER OF DISMISSAL

The Court is in receipt of the Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) whereby the parties stipulate to dismissal of this case with prejudice. Accordingly, it is hereby

ORDERED that this case is DISMISSED with prejudice, with each party to bear its own costs and attorneys' fees.

The Clerk will close this case.

IT IS SO ORDERED.

SIGNED on this ___15th___ day of December, 2023.

_____
DREW P. TIPTON
UNITED STATES DISTRICT JUDGE